
# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lisa Barbara Benthin**<br>DOB: 1962; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-07483MJ** |

Complaint for violations of: Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about July 20, 2019, at or near Nogales, in the District of Arizona, **Lisa Barbara Benthin** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 4.8 kilograms of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

<u>COUNT 2</u>: On or about July 20, 2019, at or near Nogales, in the District of Arizona, **Lisa Barbara Benthin** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 30.74 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

<u>COUNT 3</u>: On or about July 20, 2019, at or near Nogales, in the District of Arizona, **Lisa Barbara Benthin** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 2.3 kilograms of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 20, 2019, **Lisa Barbara BENTHIN** presented herself for entry into the U.S. from Mexico through the Mariposa Port of Entry in Nogales, Arizona, as the driver, sole occupant, and registered owner of a 2016 Honda Civic. At the primary inspection area, a Customs and Border Protection (CBP) officer noted that BENTHIN appeared to show no signs of nervous behavior and instead seemed to be rather calm. The CBP officer received a negative declaration from BENTHIN. The vehicle was referred to secondary where an x-ray scan revealed anomalies located within the doors of the vehicle. CBP officers took a negative verbal customs declaration from BENTHIN for anything restricted or prohibited from entering the United States. BENTHIN stated she was only carrying her asthma medications and the ceramic vases she had purchased in Mexico. When asked multiple times by the secondary CBP officer if there were any drugs or weapons in the vehicle, BENTHIN said no.

A CBP canine alerted to a trained odor emitting from the rear driver side door. CBP officers discovered a total of 65 packages concealed within all four of the vehicle doors after removing the panels. A representative sample of the contents of the packages tested positive for the characteristics of heroin, methamphetamine, and fentanyl. The packages of heroin weighed approximately 4.8 kilograms, the packages of methamphetamine approximately 30.74 kilograms, and the packages of fentanyl approximately 2.3 kilograms.
**BASIS OF COMPLAINT CONTINUED ON REVERSE**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HNS/drh<br>AUTHORIZED AUSA Heather Siegele | SIGNATURE OF COMPLAINANT (official title)<br>*/signed/*<br>OFFICIAL TITLE<br>Michael A. Shaw, SA HSI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau*<br>[1] See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>July 22, 2019 |

**BASIS OF COMPLAINT CONTINUED:**

BENTHIN had been placed in handcuffs for officer safety purposes by the secondary CBP officer after he had taken the negative verbal customs declaration. The secondary CBP officer noted that BENTHIN appeared to be calm and collected but acted confused, as she was asking what was going on. However, as the secondary CBP officer walked BENTHIN towards the main office, he noted her demeanor changed as she immediately slumped her head seemingly in recognition of what had occurred. During a pat-down of BENTHIN, a CBP officer discovered $700 concealed within BENTHIN's bra.

After waiving her *Miranda* rights, BENTHIN stated she purchased the Honda Civic in January 2019. BENTHIN also stated she was the primary driver of the vehicle and the only driver within the last few weeks. Furthermore, BENTHIN stated that no one had driven her vehicle in Mexico except for her, and that she had been within sight of the vehicle at each of her stops within Mexico. BENTHIN stated adamantly that she had control over her vehicle at all times while in Mexico and did not relinquish possession of it at any time while in Mexico. When asked why she drove nearly three hours from Mesa, Arizona, to Nogales, Sonora, Mexico, BENTHIN stated it was to purchase ceramic vases at a more inexpensive price. However, when asked about who told her about the vases, she had trouble immediately remembering and did not have an address or name for the establishment where she stated she purchased the vases. She further stated she had not been told about a specific shop, but rather had found it on her own by driving around Nogales, Sonora, Mexico.